**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00622-CV
_____

**DANIEL P. BARTON, THE BARTON LAW FIRM AND THE JOHNSON-BARTON JOINT VENTURE, APPELLANTS**

**V.**

**FLEMING & ASSOCIATES, L.L.P N/K/A FLEMING, NOLEN & JEZ, L.L.P., AND GEORGE M. FLEMING, APPELLEES**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50241**

---

## MEMORANDUM OPINION

On June 20, 2012, Fleming & Associates, L.L.P. n/k/a Fleming, Nolen & Jez, L.L.P., filed a notice of appeal from the judgment signed March 23, 2012, and the appeal was assigned to this court under our appellate number 14-12-00582-CV. On June 27, 2012, Daniel P. Barton, The Barton Law Firm and The Johnson-Barton Joint Venture, filed a notice of cross-appeal from the same judgment, which was assigned to this court

under our appellate number 14-12-00622-CV. On July 17, 2012, the parties filed unopposed motions to consolidate the related appeals into appeal number 14-12-00582-CV.

The Court grants the motion and consolidates the two above-referenced causes for all purposes. The issues, records, and documents filed in cause number 14-12-00622-CV are consolidated into cause number 14-12-00582-–CV. The consolidated appeals shall proceed under appeal number 14-12-00582-CV, and appeal number 14-12-00622-CV is hereby dismissed. *See Livingston v. Arrington*, No. 03-11-00197-CV, No. 03-11-00266-CV, 2011WL 2297705, *1 (Tex. App. -- Austin Jun. 10, 2011, no pet.) (mem. op). Appellate deadlines will run from the date that the record in appeal number 14-12-00582–CV is complete.

PER CURIAM

Panel consists of Justices Frost, McCally, and Busby.